**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**HUONG THI LAN NGUYEN**                    **CASE NO.  6:22-CV-05905**

**VERSUS**                                             **JUDGE ROBERT R. SUMMERHAYS**

**LARNOLD RAY CHARLES**                    **MAGISTRATE JUDGE CAROL B. WHITEHURST**

## <u>JUDGMENT</u>

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiff's Motion to Enforce Settlement Agreement [Doc. 64] is DENIED for lack of subject matter jurisdiction.

Signed at Lafayette, Louisiana, this 24th day of July, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE